IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-42346-MGD |
| PATRICIA J. PORTER | ) | CHAPTER 13 |
|    Debtor. | ) | |

**RE-NOTICE OF MEETING OF CREDITORS AND CONFIRMATION HEARING**

The Section 341 Meeting of Creditors will be held:

Date: January 29, 2018
Time: 3:00 p.m.
Location:  341 Meeting Room in the Federal Building,
     600 East First Street, Rome, GA 30162.

The Confirmation Hearing will be held:

Date: February 21, 2018
Time: 9:30 A.M.
Location: Courtroom 342 in the Federal Building,
     600 East First Street, Rome, GA 30162

Dated December 21, 2017

/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                              )       CASE NO. 17-42346-MGD
PATRICIA J. PORTER                  )       CHAPTER 13
    Debtor.                         )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Re-Notice of Meeting of Creditors and Confirmation Hearing in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Patricia Jane Porter
3834 Rosedale Lane
Douglasville, GA 30135

SEE ATTACHED FOR ADDITIONAL CREDITORS

This 21st day of December, 2017

                                                /s/_____
                                                Howard P. Slomka
                                                Georgia Bar #652875
                                                Attorney for the Debtor
                                                Slipakoff & Slomka, PC
                                                Overlook III
                                                2859 Paces Ferry Rd, SE
                                                Suite 1700
                                                Atlanta, GA 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 17-42346-mgd<br>Northern District of Georgia<br>Rome<br>Thu Dec 21 09:49:45 EST 2017 | AT&T<br>PO Box 15503<br>Atlanta, GA 30333-0503 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Amos Starks<br>Sparks Road<br>Buchanan, GA 30113 | Babb Lumber<br>6652 US 41<br>Ringgold, GA 30736-2644 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Battlefield Lumber Co.<br>1368 US 41<br>Calhoun, GA 30701-5501 | Bill Young<br>Quality Built Trust<br>510 Bankhead Hwy<br>Carrollton, GA 30117-2447 |
| Billy Dupree<br>5226 Cedartown Highway<br>Lindale, GA 30147-1809 | CREDIT ACCEPTANCE<br>25505 WEST 12 MILE ROAD<br>SUITE 3000<br>SOUTHFIELD , MI 48034-8331 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Carroll EMC<br>155 Hwy 13<br>Carrollton, GA 30117 | Cashtown Enterprises<br>PO Box 185<br>Waco, GA 30182-0185 |
| Cindy Bagley<br>Hiram Sudie Road<br>Dallas, GA 30132 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3019 | Citizens One Auto Fin<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 |
| Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 | Comenity Bank/goodys<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | D&B Metal<br>410 S Leighton Avenue<br>Anniston, AL 36207-6068 | Dale Overstreet & Lou Wilson<br>4801 Cherokee Drive<br>Lot 213<br>Cedar Bluff, AL 35959-5009 |
| Dave & Susan Brown<br>337 Grover Road<br>Cedartown, GA 30125-4744 | Dorothy Brantley<br>2954 Cartersville Hwy<br>Rockmart, GA 30153-3347 | Doug Ray<br>202 North Pine Street<br>Lindale, GA 30147-1356 |
| EBC Metal<br>125 Pequanoc Drive<br>Tallapoosa, GA 30176-3631 | Edward Scott Rice & Mary Rice<br>c/o Jack F. Witcher<br>PO Box 1330<br>Bremen, GA 30110-1330 | Elite Stone<br>9 Baker Road<br>Cartersville, GA 30120-7796 |

```
(p)FARMERS FURNITURE                First Premier Bank                 Floyd Murphy
ATTN CORPORATE CREDIT DEPT          3820 N Louise Ave                  316 Virginia Avenue
PO BOX 1140                         Sioux Falls, SD 57107-0145         Cedartown, GA 30125
DUBLIN GA 31040-1140


GA Power                            Gas South                          (p)GEORGIA DEPARTMENT OF REVENUE
96 Annex                            PO Box 530-552                     COMPLIANCE DIVISION
Atlanta, GA 30396-0002              Atlanta, GA 30353-0552             ARCS BANKRUPTCY
                                                                       1800 CENTURY BLVD NE SUITE 9100
                                                                       ATLANTA GA 30345-3202


Kimberly E. Hall                    Haralson Cty Tax Commissioner      Harry Dawson
Law Office of Kimberly Hall         PO Box 330                         4588 Cave Springs Road
P. O. Box 2538                      Buchanan, GA 30113-0330            Rome, GA 30161-9541
Calhoun, GA 30703-2538


Hollingsworth Concrete Products Inc Hollingworth Concrete              Home Depot Credit Services
PO Box 457                          920 Kingsbridge Road               PO Box 689100
Carrollton GA 30112-0008            Carrollton, GA 30117-5249          Des Moines, IA 50368


Internal Revenue Service            Jamie Dotson                       Jane Bryant
401 West Peachtree Street, NW       106 Pine Park Drive                124 East Summit Drive
Stop 334-D Room 400                 Rome, GA 30161-6644                Adairsville, GA 30103-3305
Atlanta, GA 30308-3510


Jimmy Smith                         Kohls/capone                       Lee Bagley
596 Doyle Road                      Po Box 3115                        932 N 2nd Avenue NW
Cedartown, GA 30125-6660            Milwaukee, WI 53201-3115           Rome, GA 30165-2502


Vanessa A Leo                       Lowes                              Mann & Wooldridge, PC
Shapiro Pendergast & Hasty, LLP     PO Box 965005                      28 Jackson Street
211 Perimeter Center Parkway NE     Orlando, FL 32896-5005             PO Box 310
Suite 300                                                              Newnan, GA 30264-0310
Atlanta, GA 30346-1305


Marty Wood                          Michael Atkins                     Michael Bruce Price
2500 Money's Bend Road              3526 Block Bluff Road              2645 Lake Ridge Circle
Cedar Bluff, AL 35959-5667          Rome, GA 30161-4344                Rome, GA 30165-1126


Mike Janice                         Mr. & Mrs. Blair                   Mr. Bowman
979 Bethlehem Road                  300 Greenview Court                910 North Bellview Road
Rockmart, GA 30153-4372             Cedartown, GA 30125-3320           Cedartown, GA 30125


Mr. Lewis                           PRA Receivables Management, LLC    Phil Hamilton
60 Lewis Road                       PO Box 41021                       8 North Hillcrest Drive
Cedartown, GA 30125                 Norfolk, VA 23541-1021             Lindale, GA 30147-1120
```

```
Polk County Water                    Patricia Jane Porter                 Portfolio Recovery Ass
PO Box K                             3834 Rosedale Lane                   120 Corporate Blvd Ste 1
Cedartown, GA 30125-0696             Douglasville, GA 30135-2742          Norfolk, VA 23502-4952


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Premier Bankcard, Llc                R&B Metal
PO BOX 41067                         Jefferson Capital Systems LLC Assignee  979 GA-42
NORFOLK VA 23541-1067                Po Box 7999                          Jackson, GA 30233
                                     Saint Cloud Mn 56302-7999


RTO National                         Rhinehart Equipment Company          Ricky Ingle
104 Mauldin Road                     3556 Martha Berry Highway            20 Juniper Street
Greenville, SC 29605-1221            Rome, GA 30165-8635                  Rome, GA 30161-4987


Sherry & David Knight                Sissy Hooper                         Howard P. Slomka
7646 Jackson Trace Road              1025 Youngs Farm Road                Slipakoff & Slomka, PC
Arab, AL 35016                       Cedartown, GA 30125-6265             Overlook III - Suite 1700
                                                                          2859 Paces Ferry Rd, SE
                                                                          Atlanta, GA 30339-6213


Storey Lumber Co.                    Suntrust Bank                        Superior Portable Buildings
225 Sike Storey Road                 55 Park Pl Ne Ste 1055               AL-21
Armuchee, GA 30105                   Atlanta, GA 30303-2531               Piedmont, AL 36272


Syncb Home                           Syncb/belk                           Synchrony Bank
C/o Po Box 965036                    Po Box 965028                        c/o PRA Receivables Management, LLC
Orlando, FL 32896-0001               Orlando, FL 32896-5028               PO Box 41021
                                                                          Norfolk, VA 23541-1021


Synchrony Bank                       Talbot State Bank                    Tanner Breast Health
PO Box 965064                        P.O. Box 215                         157 Clinic Avenue #202
Orlando, FL 32896-5064               Woodland, GA 31836-0215              Carrollton, GA 30117-4454


Tanner Health System                 Tanner Health System                 Thd/cbna
705 Dixie Street                     PO Box 277368                        Po Box 6497
Carrollton, GA 30117-3818            Atlanta, GA 30384-7368               Sioux Falls, SD 57117-6497


The Talbot State Bank                Mary Ida Townson                     Treadwell Gas
710 Glynn St North                   Chapter 13 Trustee                   10 Buchanan Bypass
Fayetteville, GA 30214-1144          Suite 2200                           Buchanan, GA 30113-4924
                                     191 Peachtree Street, NE
                                     Atlanta, GA 30303-1770


U. S. Attorney                       Wallace Builders Supply              Webb Concrete Co
600 Richard B. Russell Bldg.         4243 US #27                          1414 E Main Street
75 Ted Turner Drive, SW              Carrollton, GA 30117                 Centre, AL 35960-2293
Atlanta GA 30303-3315
```

R. Brian Wooldridge
Mann & Wooldridge
PO Box 310
Newnan, GA 30264-0310

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Farmers Furniture<br>Attn: Corporate Credit<br>PO Box 1140<br>Dublin, GA 31040 | (d)Farmers Furniture - Bremen, GA<br>Attn: Corporate Credit<br>P.O. Box 1140<br>Dublin, GA 31040 |
| (d)Farmers Home Furniture<br>Po Box 1140<br>Dublin, GA 31040 | Georgia Department of Revenue<br>Bankruptcy Division<br>Post Office Box 161108<br>Atlanta, GA 30321 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Financial Inc. | (u)Talbot State Bank | End of Label Matrix<br>Mailable recipients    90<br>Bypassed recipients    2<br>Total    92 |