**IT IS ORDERED as set forth below:**

**Date: June 1, 2018**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| PATRICIA J. PORTER | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 17-42346-BEM |
| | : | |
| PATRICIA J. PORTER | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| EDWARD SCOTT RICE AND | : | IN PROCEEDINGS UNDER |
| MARY RICE | : | CHAPTER 13 OF THE |
| Respondent. | : | BANKRUPTCY CODE |
| | : | |

**CONSENT ORDER RESOLVING DEBTOR'S OBJECTION**
**TO FILED PROOF OF CLAIM**

Debtor's Objection to Filed Proof of Claim was filed on February 20, 2018 (the "Objection") (Doc. No. 35) seeking to disallow Claim No. 17-1 on the Claims Register, filed by EDWARD SCOTT RICE AND MARY RICE in the amount of $20,210.00 (the "Claim"). Hearing on the Objection was originally scheduled for March 28, 2018 but was re-noticed to May 25, 2018.

Debtor and counsel for Respondent have reached an agreement that (i) the Claim shall be deemed modified and $13,500.00 shall be treated as a secured claim in Debtor's Chapter 13 Plan and the remaining portion of the Claim shall be treated as a general unsecured debt; and (ii) in the event the Debtor's case is dismissed or converted to Chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C.§§ 348 or 349 as applicable.

As Debtor and counsel for Respondent have reached an agreement, and for good cause shown, it is hereby ORDERED that the Motion is *granted* under the limited provisions set out above.

**[END OF DOCUMENT]**

Prepared by:

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001
Counsel for Debtor


Consented by:

/s/ _____
Jack F. Witcher
GA Bar No. 771700
Jack F. Witcher, Attorney at Law
601 Pacific Avenue
P. O. Drawer 1330
Bremen, GA  30110
Counsel for Respondent

No Opposition:

\_\_\_/s/_____
Sonya M. Buckley, Esq.
Georgia Bar No. 140987
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
Attorney for Chapter 13 Trustee

## DISTRIBUTION LIST

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Patricia Jane Porter
3834 Rosedale Lane
Douglasville, GA 30135

Edward Scott Rice and Mary Rice
c/o Jack F. Witcher Law Office
601 Pacific Avenue
Bremen, GA 30110
Attn: Charles E. Nye

Edward Scott Rice & Mary Rice
c/o Jack F. Witcher
PO Box 1330
Bremen GA 30110-0000