

**IT IS ORDERED as set forth below:**

**Date: April 29, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: PATRICIA J. PORTER,           { CHAPTER 13
                                     {
    DEBTOR(S)                        { CASE NO.: R17-42346-BEM
                                     {
                                     { JUDGE ELLIS-MONRO

### ORDER DENYING MOTION TO DISMISS HELD APRIL 21, 2021

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Presented by:

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
sonyab@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION


IN RE: PATRICIA J. PORTER,          { CHAPTER 13
                                    {
        DEBTOR(S)                   { CASE NO.: R17-42346-BEM
                                    {
                                    { JUDGE ELLIS-MONRO


                          DISTRIBUTION LIST
```

PATRICIA J. PORTER
548 AGAN RD
BREMEN, GA 30110

SLIPAKOFF & SLOMKA
6400 POWERS FERRY RD
STE 391
ATLANTA, GA 30339

MARY IDA TOWNSON, ESQ
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303