**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| In re:<br><br>PATRICIA JANE PORTER<br><br>Debtor(s) | Case No. R17-42346-BEM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2017.

2) The plan was confirmed on 06/29/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/22/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/28/2021.

5) The case was completed on 03/28/2023.

6) Number of months from filing to last payment: 66.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,703.00.

10) Amount of unsecured claims discharged without payment: $318,546.83.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $43,773.60 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$43,773.60** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,924.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,174.02** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE NA | Unsecured | 460.00 | 446.25 | 446.25 | 0.00 | 0.00 |
| CITIZENS BANK N.A. | Unsecured | NA | 53,293.23 | 53,293.23 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | 22,940.00 | 32,923.85 | 32,923.85 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,921.00 | 1,486.41 | 1,486.41 | 0.00 | 0.00 |
| EDWARD SCOTT RICE & MARY RICE | Unsecured | NA | 0.00 | 6,710.00 | 0.00 | 0.00 |
| EDWARD SCOTT RICE & MARY RICE | Secured | 20,000.00 | 20,210.00 | 13,500.00 | 13,500.00 | 1,824.29 |
| FARMERS FURNITURE | Unsecured | 1,177.00 | 1,176.97 | 1,176.97 | 0.00 | 0.00 |
| GEORGIA POWER COMPANY | Unsecured | 925.00 | 1,154.89 | 1,154.89 | 0.00 | 0.00 |
| HARALSON COUNTY TAX OFFICE | Priority | 2,450.79 | 1,036.87 | 1,036.87 | 1,036.87 | 0.00 |
| HOLLINGSWORTH CONCRETE PROD | Unsecured | 0.00 | 1,629.08 | 1,629.08 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 14,962.00 | 14,700.00 | 15,310.97 | 15,310.97 | 4,927.45 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 610.97 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC. | Unsecured | 891.00 | 915.05 | 915.05 | 0.00 | 0.00 |
| LVNV FUNDING LLC. | Unsecured | 1,687.00 | 1,702.79 | 1,702.79 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 907.15 | 907.15 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 1,005.00 | 1,005.10 | 1,005.10 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 717.00 | 717.83 | 717.83 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,600.00 | 1,609.60 | 1,609.60 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,558.00 | 1,558.78 | 1,558.78 | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 1,610.00 | NA | NA | 0.00 | 0.00 |
| Tanner Breast Health | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Thd/cbna | Unsecured | 5,070.00 | NA | NA | 0.00 | 0.00 |
| Treadwell Gas | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Wallace Builders Supply | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Webb Concrete Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dave & Susan Brown | Unsecured | 2,725.00 | NA | NA | 0.00 | 0.00 |
| Dorothy Brantley | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Doug Ray | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Elite Stone | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/goodys | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| Floyd Murphy | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GA Power | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Gas South | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Harry Dawson | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| GA. DOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Superior Portable Buildings | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| D&B Metal | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
|  | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Amos Starks | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Babb Lumber | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | 2,694.00 | NA | NA | 0.00 | 0.00 |
| Battlefield Lumber Co. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bill Young | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Billy Dupree | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Carroll EMC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Cashtown Enterprises | Unsecured | 8,017.74 | NA | NA | 0.00 | 0.00 |
| Cindy Bagley | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Citizens One Auto Fin | Unsecured | 52,070.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,958.00 | NA | NA | 0.00 | 0.00 |
| Home Depot Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jamie Dotson | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| Jane Bryant | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Jimmy Smith | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Kohls/capone | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Lee Bagley | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Lowes | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Marty Wood | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Michael Atkins | Unsecured | 1,362.50 | NA | NA | 0.00 | 0.00 |
| Mike Janice | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Mr. & Mrs. Blair | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Mr. Bowman | Unsecured | 5,900.00 | NA | NA | 0.00 | 0.00 |
| Mr. Lewis | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Phil Hamilton | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| Polk County Water | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Ass | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| R&B Metal | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rhinehart Equipment Company | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Ricky Ingle | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| RTO National | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sherry & David Knight | Unsecured | 3,040.00 | NA | NA | 0.00 | 0.00 |
| Sissy Hooper | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Storey Lumber Co. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | 12,902.00 | 12,533.77 | 12,533.77 | 0.00 | 0.00 |
| TALBOT STATE BANK | Unsecured | 3,339.08 | 62,106.55 | 62,106.55 | 0.00 | 0.00 |
| TANNER HEALTH SYSTEM | Unsecured | 219.00 | 826.29 | 826.29 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,310.97 | $15,310.97 | $4,927.45 |
| All Other Secured | $13,500.00 | $13,500.00 | $1,824.29 |
| **TOTAL SECURED:** | **$28,810.97** | **$28,810.97** | **$6,751.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,036.87 | $1,036.87 | $0.00 |
| **TOTAL PRIORITY:** | **$1,036.87** | **$1,036.87** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$182,703.59** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $7,174.02 |
| Disbursements to Creditors | $36,599.58 |
| **TOTAL DISBURSEMENTS :** | **$43,773.60** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/28/2023         By: /s/ K. Edward Safir
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| PATRICIA JANE PORTER | ) | |
| | ) | CASE NO. R17-42346-BEM |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   PATRICIA JANE PORTER
   548 AGAN RD
   BREMEN, GA  30110

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   SLIPAKOFF & SLOMKA, PC

DATED:  04/28/2023

                                     /S/
                            K. Edward Safir, Chapter 13 Trustee
                            State Bar No. 622149
                            285 Peachtree Center Ave
                            Suite 1600
                            Atlanta, GA  30303-1229
                            (404) 525-1110
                            eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**